AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 15-cv-7077 (GBD) (GWG) |
| Stephen B. Pence | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission            .

Date:  09/10/2015

s/ Andrew M. Calamari
*Attorney's signature*

Andrew M. Calamari
*Printed name and bar number*

Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-1022
*Address*

CalamariA@sec.gov
*E-mail address*

212-336-1100
*Telephone number*

*FAX number*