AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 15-cv-7077 (GBD) (GWG) |
| Stephen B. Pence | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission

Date: 09/14/2015

s/ Nicholas A. Pilgrim
*Attorney's signature*

Nicholas A. Pilgrim # 5285416
*Printed name and bar number*

Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-1022
*Address*

PilgrimN@sec.gov
*E-mail address*

212-336-0924
*Telephone number*

*FAX number*