USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 06 2015

Stephen B. Pence
J. Dennis Ogburn
Ruth Ann Cox Peace
Stanley W. Whetzel, Jr.

# PENCE & OGBURN, PLLC
ATTORNEYS-AT-LAW

Hurstbourne Place, Suite 1205
9300 Shelbyville Road
Louisville, Kentucky 40222
(502) 736-6200
Fax: (502) 736-6205

steve.pence@penceogburn.com

November 5, 2015

**SO ORDERED**
The conference is adjourned to January 13, 2016 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

NOV 06 2015

**VIA FAX**
The Honorable George B. Daniels
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

Re:   *SEC v. Stephen B. Pence*
      15-cv-07077 (GBD) (GWG)

Dear Judge Daniels:

   I am the defendant in the above-captioned proceeding and write to request an extension, from November 9 to December 7, of my deadline to move with respect to or answer the Complaint. The SEC has conveyed its consent, provided that the initial conference date is adjourned to a date after January 11. This is my first request for an extension of time to answer the Complaint.

   I make the request in connection with my efforts to secure the appearance of counsel. I am attempting to engage counsel, the firm of Carter Ledyard & Milburn LLP (CL&M), but CL&M has not yet filed a notice of appearance because satisfactory arrangements have not yet been made for payment of its fees. The above-captioned action alleges securities violations in connection with my service as Chairman of General Employment Enterprises, Inc. ("GEE"). GEE and I are parties to an Indemnification Agreement. I have asked GEE to fulfill its contractual obligations under that agreement by advancing the funds necessary for me to engage CL&M. GEE has not yet agreed to do so, but through CL&M, I am actively engaged in discussions with GEE and its D&O carrier, Berkley Insurance Company, to secure my ability to obtain the appearance of counsel.

Very truly yours,

*Stephen B. Pence*

Stephen B. Pence

cc:  Nicholas A. Pilgrim, Esq. (by email)
     Mark S. Germann, Esq. (by email)

---

PENCE & OGBURN, PLLC
ATTORNEYS-AT-LAW