# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

| Alan S. Lewis<br>Partner<br>•<br>*Direct Dial: 212-238-8647*<br>*E-mail: lewis@clm.com* | *2 Wall Street*<br>*New York, NY 10005-2072*<br>•<br>*Tel (212) 732-3200*<br>*Fax (212) 732-3232* | *570 Lexington Avenue*<br>*New York, NY 10022-6856*<br>*(212) 371-2720* |
|---|---|---|

January 15, 2016

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

          Re:    <u>*SEC v. Stephen B. Pence*</u>
                  <u>15-cv-07077 (GBD) (GWG)</u>

Dear Judge Daniels:

     Today, we filed a notice of appearance on behalf of the defendant, Stephen Pence. Mr. Pence's deadline to move with respect to or answer the Complaint is January 19, 2016. That is the next business day, in light of Monday's holiday. Having just appeared, we respectfully request an extension of the January 19 deadline to February 4, 2016.

     The Court previously granted two *pro se* requests for extensions by Mr. Pence, during the time he was making efforts to engage counsel. In that light, we represent that Mr. Pence will not seek an additional extension of the deadline beyond the extension requested here.

     The SEC has conveyed that it does not oppose this request based on that representation.

                                  Very truly yours,

                                  Alan S. Lewis

ASL:bp

cc:    **VIA ECF & EMAIL**

       Nicholas A. Pilgrim, Esq.
       Mark S. Germann, Esq.

7738536.1