UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,

    v.

STEPHEN B. PENCE,

               Defendant.
------------------------------------------------------------X

No. 15 CV 07077 (GBD) (GWG)

**DECLARATION OF ALAN S. LEWIS IN SUPPORT OF MOTION FOR AUTHORIZATION FOR SUBSTITUTE SERVICE OF PROCESS FOR A *SUBPOENA AD TESTIFICANDUM*__**

ALAN S. LEWIS, pursuant to 28 U.S.C. § 1746, declares the following to be true, under the penalties of perjury:

1. I am a member of the law firm of Carter Ledyard & Milburn LLP, attorneys in this case for defendant, Stephen B. Pence. I submit this Declaration in support of Mr. Pence's motion for an Order authorizing substitute service of process for a *subpoena ad testificandum* on Michael A. Stegawski, Esq., a proposed deponent.

2. A copy of the Notice of Deposition dated July 13, 2017 with attached Subpoena to Testify at a Deposition in a Civil Action is attached hereto as Exhibit A.

3. A copy of the Amended Notice of Deposition dated July 18, 2017 with attached Subpoena to Testify at a Deposition in a Civil Action is attached hereto as Exhibit B.

4.     Copies of the Proofs of Service detailing efforts by the SEC to serve Mr. Stegawski are attached hereto as Exhibit C.

5.     A copy of a document filed on July 24, 2017 in the United States District Court, Southern District of Florida by Michael Stegawski, Esq. (Florida Bar No. 51589) is attached hereto as Exhibit D.

WHEREFORE, and for the reasons set forth in the accompanying Memorandum of Law, I respectfully request that the Court issue an Order authorizing substitute service of process for a *subpoena ad testificandum* on Michael Stegawski, Esq.

Dated:  New York, New York
        August 11, 2017

                                         /s/ Alan S. Lewis
                                         ALAN S. LEWIS