# EXHIBIT C

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:15-CV-07077-GBD

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Michael A. Stegawski on *(date)* Jul 13, 2017, 10:55 am.

☐ I served the subpoena by delivering a copy to the named individual as follows: _____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: I was unable to make contact with Mr. Stegawski.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

Lazaro Ordaz - CPS 2319
_____
*Printed name and title*

823-C S. King Street, Leesburg, VA 20175
_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Jul 14, 2017, 4:30 pm EDT at 1111 Brickell Avenue, Suite 1100, Miami, FL 33131 - Attempt made, not served. This address is a virtual office/executive suite. The company occupies a space at the office and there is usually someone from the company in according to the receptionist, but there was no one in today. The server asked the receptionist to call, but she informed him that she answers the phone for the company.

2) Jul 17, 2017, 10:45 am EDT at 1111 Brickell Avenue, Suite 1100, Miami, FL 33131 - Attempt made, not served. Receptionist called back to Convergent and spoke with Maria. Maria told her that Stegawski was unavailable and provided no further detail.

3) Jul 18, 2017, 4:21 pm EDT at 1111 Brickell Avenue, Suite 1100, Miami, FL 33131 - Attempt made, not served. Receptionist called and spoke with Maria. Maria told the receptionist that Stegawski was unavailable. Server asked the receptionist if he comes to this office regularly. The receptionist asked Maria and Maria refused to provide any information beyond stating that he was unavailable.

4) Jul 19, 2017, 11:40 am EDT at 1111 Brickell Avenue, Suite 1100, Miami, FL 33131 - Attempt made, not served. The receptionist called Convergent and spoke with Maria again. Maria told the receptionist that Stegawski was unavailable. The server asked if he comes to this office regularly. The receptionist would not answer and when she asked Maria she reported that Maria refused to answer.

5) Jul 21, 2017, 10:25 am EDT at 1111 Brickell Avenue, Suite 1100, Miami, FL 33131 - Attempt made, not served. The receptionist called and spoke with Maria again. Maria told her that Stegawski was unavailable, but would not provide any further information.

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2).

Civil Action No. 1:15-CV-07077-GBD

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Michael A. Stegawski on *(date)* Jul 13, 2017, 10:55 am.

☐ I served the subpoena by delivering a copy to the named individual as follows: _____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: Stegawski does not reside at the given address.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7/24/17

*Server's signature*

Michael R. Meyer - CPS2016/SPS1460

*Printed name and title*

823-C S. King Street, Leesburg, VA 20175

*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Jul 21, 2017, 10:14 am EDT at 1033 NE 17th Way Unit 401, Fort Lauderdale, FL 33304
Attempt made not served. M. Stegawski Is code 433 at the intercom. Did not call. Made contact with Erica Diaz, the property manager. She informed me that she does not know him so he must have moved out at least two years ago before she took over. She told me that Michael Topa us the current resident. Made contact with Topa at the unit. He told me that he has seen Stagawski's name on mail, but doesn't know him personally.

2) Unsuccessful Attempt: Jul 21, 2017, 10:21 am EDT at 1033 NE 17th Way Unit 401, Fort Lauderdale, FL 33304
Returned to the intercom and dialed "433" the code for "M Stegawski." Left a voice mail. Called again and a man answered. He told me that I have the wrong number and hung up on me.

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:15-cv-07077-GBD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Michael A. Stegawski
on *(date)* 7/19/2017

☒ I returned the subpoena unexecuted because:   I was unable to make contact with the defendant t after

a diligent search. See details below.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

My fees are $             for travel and $             for services, for a total of $     0.00

I declare under penalty of perjury that this in formation is true.

Date: 7/25/2017

_____
*Server's signature*

Aaron Lair

*Printed name and title*

74 Goldrush Circle NE, Atlanta, GA 30328
*Server's address*

Additional information regarding attempted service, etc.:

7/19/2017 12:49 pm Attempted service at 3525 Piedmont Road 7 Piedmont Center, Suite 300, Atlanta, GA. I spoke to the receptionist at this location, who stated that she had not seen him today. She checked his schedule, and did not have him scheduled in for today.

7/19/2017 1:23 pm Attempted service at 5325 Mount Vernon Pkwy NW, Atlanta, GA, I spoke to the current occupant (white male/~40 yrs/black hair/ 5'9) who refused to give his name. He stated that he does know the defendant, but that Mr. Stegawski does not reside here. He would not provide any other information.

7/20/2017 12:32 pm Attempted service at 3525 Piedmont Road 7 Piedmont Center, Suite 300, Atlanta, GA. I was told again by reception that Mr. Stegawski was not in the office.

7/20/2017 9:11pm Attempted service at 5325 Mount Vernon Pkwy NW, Atlanta, GA. I knocked, but received no answer. There were vehicles parked in the drive with the following tag numbers: EENJ30, REU4852, PYZ1688, PXY4370, PZQ2396, and CEJ1066.

7/21/2017 12:54 pm Attempted service at 3525 Piedmont Road 7 Piedmont Center, Suite 300, Atlanta, GA. Once again, I was told that Mr. Stegawski was not in the office today.

7/24/2017 10:07 am Attempted service at 3525 Piedmont Road 7 Piedmont Center, Suite 300, Atlanta, GA, Again, I was told that Mr. Stegawski was not in the office today. Upon pressing the secretary, I was informed that he can be seen by appointment only, and that this location is a virtual office.

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:15-CV-07077-GBD

1563916 (5413)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Michael A. Stegawski on *(date)* Jul 13, 2017, 10:55 am.

☐ I served the subpoena by delivering a copy to the named individual as follows: _____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: Servee is unknown at this address.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____ .

I declare under penalty of perjury that this information is true.

Date: 7/31/2017

*Server's signature*

Michael R. Meyer - CPS2016/SPS1460

*Printed name and title*

823-C S. King Street, Leesburg, VA 20175

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jul 28, 2017, 10:35 am EDT at 5200 33rd Blvd SUITE 207, FORT LAUDERDALE, FL 33309 Attempt made not served. Made contact with Stella Rojas, Operations for ITL USA, INC. She informed me that they receive mail for Stegawski but he is unknown at this address. Her company has been at this address for 5 or 6 years.