Alan S. Lewis
Madelyn K. White
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, NY 10005
Tel.: (212) 732-3200

*Attorneys for Defendant Stephen B. Pence*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

        v.

STEPHEN B. PENCE,

                Defendant.

------------------------------------------------------------ X

No. 15 CV 07077 (GBD) (GWG)

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2017, the foregoing Notice of Motion for Authorization for Substitute Service of Process for a *Subpoena Ad Testificandum*, Memorandum of Law in Support thereof, and Declaration of Alan S. Lewis in support thereof were served electronically on the parties that have appeared in this action by the Court's CM/ECF System and was served via email and U.S. Mail on Michael Stegawski at the below address:

Convergent Litigation Associates
Michael Stegawski
1111 Brickell Avenue, Suite 1100
Miami, FL 33131
michael@cla-law.com

*[signature]*
Madelyn K. White

8047896.1