UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiff,

   -against-

STEPHEN B. PENCE,

                 Defendant.

------------------------------------- x

ORDER

15-CV-7077 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the above-captioned action.

Dated: June 14, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge